UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA              :
                :
     -v-               :       15-CR-104 (JMF)
                :
BERNARDO MAYA ARANGO,            :       ORDER
                :
        Defendant.          :
                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 28, 2020, the Clerk docketed a motion filed by Defendant Bernando Maya Arango, proceeding *pro se*, seeking compassionate release. Upon review of Defendant's motion, the Court concludes that it is appropriate to appoint counsel for Defendant. Sylvie Levine of the Federal Defenders of New York, who briefly served as counsel for Defendant, has graciously agreed to accept appointment. Accordingly, Ms. Levine is hereby appointed as counsel to handle Defendant's motion (and any other application relating to COVID-19). Ms. Levine shall promptly contact Defendant and confirm that he has no objection to the appointment.

       No later than **June 9, 2020**, Ms. Levine shall file any supplemental submissions on Defendant's behalf (and, in that submission or separate letter, indicate whether Defendant has an objection to her representation). No later than **June 15, 2020**, the Government shall file any opposition. No later than **June 17, 2020**, Defendant shall file any reply.

       SO ORDERED.

Dated: June 2, 2020                        _____
       New York, New York                JESSE M. FURMAN
                                             United States District Judge